# **EXHIBIT B**

Exihibit B

| Store # | Store Name | Merchandise | Royalty | Delivery & Shuttle Fees | Warranty | Other | Statement Total | Marketing Exp Invoice | Total AR |
|---|---|---|---|---|---|---|---|---|---|
| 215 | Portage | $ 69,047.41 | $ 3,773.74 | $ 4,450.12 | $ 2,163.89 | $ 693.03 | $ 80,128.19 | $ 20,834.56 | $ 100,962.75 |

## Account Status

## 215 Portage

| Invoice Number | Type | Invoice Date | Due Date | Currency | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 215-0000412 | Merchandise INV | 11-FEB-20 | 26-FEB-20 | USD | 23,434.56 | 23,434.56 |
| S215021520 | Shuttle INV | 15-FEB-20 | 01-MAR-20 | USD | 844.34 | 844.34 |
| 215-0000413 | Merchandise INV | 18-FEB-20 | 04-MAR-20 | USD | 16,717.08 | 16,717.08 |
| R215030120 | Royalty INV | 01-MAR-20 | 04-MAR-20 | USD | 2,425.09 | 2,425.09 |
| S215022220 | Shuttle INV | 22-FEB-20 | 08-MAR-20 | USD | 844.34 | 844.34 |
| 215-0000414 | Merchandise INV | 25-FEB-20 | 11-MAR-20 | USD | 19,028.50 | 19,028.50 |
| R215030820 | Royalty INV | 08-MAR-20 | 11-MAR-20 | USD | 1,348.65 | 1,348.65 |
| 215-0000415 | Delivery Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 973.76 | 973.76 |
| 215-0000416 | Delivery Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 99.00 | 99.00 |
| 215-0000417 | CPU VIA Merch INV | 29-FEB-20 | 15-MAR-20 | USD | 1,238.43 | 1,238.43 |
| 215-0000418 | CPU VIA Fees INV | 29-FEB-20 | 15-MAR-20 | USD | 100.00 | 100.00 |
| 215-0000419 | Warranty INV | 29-FEB-20 | 15-MAR-20 | USD | 1,931.34 | 1,931.34 |
| S215022920 | Shuttle INV | 29-FEB-20 | 15-MAR-20 | USD | 844.34 | 844.34 |
| 215-0000420 | Merchandise INV | 03-MAR-20 | 18-MAR-20 | USD | 9,867.27 | 9,867.27 |
| 215DOORRPR | Expense - Misc INV | 06-MAR-20 | 21-MAR-20 | USD | (404.00) | (404.00) |
| S215030720 | Shuttle INV | 07-MAR-20 | 22-MAR-20 | USD | 844.34 | 844.34 |
| 215-0000421 | CPU VIA Merch INV | 08-MAR-20 | 23-MAR-20 | USD | (191.40) | (191.40) |
| 215-0000422 | CPU VIA Fees INV | 08-MAR-20 | 23-MAR-20 | USD | (50.00) | (50.00) |
| 215-0000423 | Warranty INV | 08-MAR-20 | 23-MAR-20 | USD | 232.55 | 232.55 |
| | | | | | Total Due | 80,128.19 |

Report Run Date - 15-MAR-2020

# FRANCHISE BILLING FORM
## ART VAN FURNITURE

| NOVEMBER | 2019 | | | | | INVOICE DATE: | 1/16/2020 |
|---|---|---|---|---|---|---|---|
| STORE | 215 | PORTAGE | | | | DUE DATE: | 1/31/2020 |
| INVOICE | 215-113019 | | | | | | |

| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/BOUNCING | TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | PORTAGE | ART VAN | ART VAN | 215-0061997 | 11/7/19 | DAMAGED ACCESSORIES CREDIT | 1 | (101.93) | (101.93) | | | (101.93) |
| 215 | PORTAGE | IT | AT&T MOBILITY | 872369000X10252019 | 11/1/19 | TELECOM SERVICES | 1 | 13.55 | 13.55 | | | 13.55 |
| 215 | PORTAGE | ART VAN | ELITE REWARDS | 113019 | 11/30/19 | ELITE REWARDS FOR NOVEMBER 2019 | 1 | 2,164.00 | 2,164.00 | | | 2,164.00 |
| 215 | PORTAGE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 11 OF 12) | 1 | 856.67 | 856.67 | | | 856.67 |
| 215 | PORTAGE | ADVERTISING | GRAPHICS EAST | 81016 | 10/15/19 | ANNIVERSARY SALE POSTERS 18X24 GE#60753 | 6 | | 5.85 | 4.15 | 0.35 | 10.35 |
| 215 | PORTAGE | ADVERTISING | GRAPHICS EAST | 81017 | 10/16/19 | DIRECT MAIL-AV SIGNATURE CARD EVENT 10/23/19 GE#80595 PRINT | 466 | | | | | 62.43 |
| 215 | PORTAGE | ADVERTISING | GRAPHICS EAST | 81168 | 10/25/19 | NOVEMBER 2019 EVENT POSTERS-2 VERSIONS GE#81026 | 6 | | 10.33 | | 0.62 | 10.95 |
| 215 | PORTAGE | ADVERTISING | GRAPHICS EAST | 81381 | 11/7/19 | NOVEMBER 2019 EVENT POSTERS-2-1 VERSIONS GE#81200 | 7 | | 8.19 | | 0.49 | 8.68 |
| 215 | PORTAGE | ADVERTISING | GRAPHICS EAST | 81578 | 11/14/19 | NOVEMBER 2019 EVENT POSTERS-2 | 1 | 92.00 | 92.00 | | | 92.00 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29116 | 10/31/19 | ART VAN ISSUE DATE 10/11/19 COLUMBUS DAY | 50 | | 0.87 | 0.16 | | 1.03 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29117 | 10/31/19 | ART VAN ISSUE DATE 10/13/19 COLUMBUS DAY 12 PAGE TABLOID | 50 | | 2.00 | 0.18 | | 2.18 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29205 | 11/15/19 | ART VAN ISSUE DATE: 11/1/19 BLACK SATURDAY 8PG TAB | 54,050 | | | | | 2,238.98 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29206 | 11/8/19 | ART VAN ISSUE DATE: 11/8/19 VETERANS DAY 4 PAGE FULL | 50 | | | | | 1.85 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29207 | 11/18/19 | ART VAN ISSURE DATE: 11/10/19 VETERANS DAY (PURESLEEP) 4PG TAB | 71,050 | | | | | 1,490.31 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29208 | 10/31/19 | ART VAN ISSUE DATE: 11/28/19 BLACK FRIDAY 8PG DOUBLE GATE | 71,050 | | | | | 3,998.01 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29210 | 11/15/19 | ART VAN ISSUE DATE: 11/15/19 BLACK SATURDAY RELOADED 8PG TAB | 68,050 | | | | | 2,796.21 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29211 | 11/18/19 | ART VAN ISSUE DATE: 11/26/19 BLACK FRIDAY MATTRESS-ONLY 4PG FULL | 71,050 | | | | | 2,660.54 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA | 29209R | 11/15/19 | ART VAN ISSUE DATE: 11/10/19 VETERANS DAY (FURNITURE ONLY) | 29,650 | | | | | 1,255.10 |
| 215 | PORTAGE | ADVERTISING | SCREEN WORKS | 69065 | 10/30/19 | VETERANS DAY VERTICAL WINDOW BANNERS 30X50 | 2 | 22.80 | 45.60 | | 2.74 | 48.34 |
| 215 | PORTAGE | ADVERTISING | SCREEN WORKS | 69125 | 11/13/19 | BLACK FRIDAY SALE VERTICAL WINDOW BANNERS 30X50 | 2 | | 45.60 | | 2.75 | 48.35 |
| 215 | PORTAGE | ART VAN | TEMPUS TECHNOLOGIES, INC | 101941580 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - SEPT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 215 | PORTAGE | ART VAN | TEMPUS TECHNOLOGIES, INC | 111942917 | 10/1/19 | COMPLIANCE FEE FOR CC CHIP READER - OCT 2019 | 1 | 29.00 | 29.00 | | | 29.00 |
| 215 | PORTAGE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149535 | 10/28/19 | ART VAN-TSG SEPTEMBER 2019 POSTAGE/MAILING | 3 | | | | | 2.00 |

17,707.61

Franchise Elite rewards
November 30, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---:|---:|---|
| 215-0062014 | 20191108 | 50IN-TV | 250.00 | 250.00 | 215 |
| 215-0062047 | 20191110 | 50IN-TV | 250.00 | 250.00 | 215 |
| 215-0062060 | 20191111 | 50IN-TV | 250.00 | 250.00 | 215 |
| 215-0062064 | 20191112 | WIRELESSBEATS | 150.00 | 132.00 | 215 |
| 215-0062098 | 20191115 | SOUND-BAR | 150.00 | 150.00 | 215 |
| 215-0062119 | 20191116 | 50IN-TV | 250.00 | 250.00 | 215 |
| 215-0062136 | 20191118 | SOUND-BAR | 150.00 | 150.00 | 215 |
| 215-0062160 | 20191120 | 50IN-TV | 250.00 | 250.00 | 215 |
| 215-0062248 | 20191129 | AIRFRYER | 50.01 | 50.00 | 215 |
| 215-0062250 | 20191129 | AIRFRYER | 50.01 | 50.00 | 215 |
| 215-0062259 | 20191129 | 50IN-TV | 250.00 | 250.00 | 215 |
| 215-0062260 | 20191129 | WIRELESSBEATS | 150.00 | 132.00 | 215 |
|  |  |  |  | 2,164.00 |  |

# FRANCHISE BILLING FORM

## ART VAN FURNITURE

| DECEMBER | 2019 | | | | | | | | | INVOICE DATE: | 3/8/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE | 215 | PORTAGE | | | | | | | | DUE DATE: | 3/23/2020 |
| INVOICE | 215-123119 | | | | | | | | | | |

| FRANCHISE | | VENDOR | | | | INVOICE DETAIL | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STORE # | STORE NAME | BILLING DEPT | NAME | INVOICE # | DATE | DESCRIPTION | Q | PRICE | SUBTOTAL | FREIGHT/ROUNDING | TAX | GRAND TOTAL |
| 215 | PORTAGE | IT | AT&T MOBILITY | 287236900008X11252019 | 12/1/19 | TELECOM SERVICES | 1 | 13.50 | 13.50 | | | 13.50 |
| 215 | PORTAGE | ART VAN | DAMAGE/REPAIR CREDITS - ART VAN | 123119 | 12/31/19 | DAMAGE & REPAIR CREDITS | 1 | (75.00) | (75.00) | | | (75.00) |
| 215 | PORTAGE | ART VAN | ART VAN | 123119 | 12/31/19 | WAGES BILLED - (see attached detail) | 1 | 73.40 | 73.40 | | | 73.40 |
| 215 | PORTAGE | ART VAN | ELITE REWARDS | 123118 | 12/31/18 | ELITE REWARDS FOR JAN-DEC 2018 (PYMT 12 OF 12) | 1 | 856.63 | 856.63 | | | 856.63 |
| 215 | PORTAGE | ART VAN | ELITE REWARDS | 123119 | 12/31/19 | ELITE REWARDS FOR DECEMBER 2019 | 1 | 132.00 | 132.00 | | | 132.00 |
| 215 | PORTAGE | ART VAN | MULTIPLE VENDOR DM'S | 123119 | 12/31/19 | VENDOR CREDITS (SEE ATTACHED) | 1 | (60.00) | (60.00) | | | (60.00) |
| 215 | PORTAGE | ADVERTISING | GRAPHIC EAST | 81550 | 11/20/19 | BLACK FRIDAY FREE SEALY BED IN BOX POSTERS GE#81457 | 1 | | 7.29 | | 0.44 | 7.73 |
| 215 | PORTAGE | ADVERTISING | GRAPHIC EAST | 81581 | 11/19/19 | 2019 TOYS FOR TOTS POSTERS GE#81414 | 2 | | 12.79 | | 0.77 | 13.56 |
| 215 | PORTAGE | ADVERTISING | GRAPHIC EAST | 81582 | 11/19/19 | DECEMBER 2019 EVENT POSTERS 12/4 WINTER HOLIDAY SALE 12/12 BLKFRI | 6 | | 6.82 | | 0.41 | 7.23 |
| 215 | PORTAGE | ADVERTISING | GRAPHIC EAST | 81583 | 11/19/19 | BLACK FRIDAY GIFT CARDS GE#81401 | 200 | | 7.36 | | 0.44 | 7.80 |
| 215 | PORTAGE | ADVERTISING | GRAPHIC EAST | 81963 | 12/17/19 | DECEMBER 2019 WEST POSTERS ROUND 2-2VERSIONS GE#81954 | 6 | | 7.47 | 6.97 | 0.45 | 14.89 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA, INC | 29227 | 11/27/19 | ART VAN ISSUE DATE: 11/22/19 BLACK FRIDAY PREVIEW | 54,050 | | | | | 2,101.27 |
| 215 | PORTAGE | ADVERTISING | NTVB MEDIA, INC | 29344 | 12/13/19 | ART VAN ISSUE DATE: 12/29/19 MATTRESS ONLY 4PG TAB | 50 | | | | | 0.95 |
| 215 | PORTAGE | ART VAN | TEMPUS TECHNOLOGIES, INC | 121943952 | 12/1/19 | COMPLIANCE FEE FOR CC CHIP READER | 1 | 29.00 | 29.00 | | | 29.00 |
| 215 | PORTAGE | ADVERTISING | WOLVERINE SOLUTIONS GROUP | 149540 | 10/28/19 | ART VAN TSG OCTOBER 2019 POSTAGE/PROCESSING/DPO | 7 | | | | | 4.00 |
| | | | | | | | | GRAND TOTAL | 215 | | $ 3,126.95 |

Page 1 of 1

```
Run Date   . . :  ___10/2020                        ART VA_ ___NITURE                              990708/ACC_  ___RC_SRV_CD
Run Time   . . :  _3:03:26                      Franchise Service Credits                              MAN898R/N_WSYS
Store  . . . :  215 PORTAGE FR                  12/01/2019 to 12/31/2019
Page   . . . :  00001
Vendor/Model       Debit Memo#    Service#   Road Service  Delivery Prp  Damage Reprs
==================================================================================================
SOUMO 813-28                   808-1840456-001      75.00         .00          .00
                                                  ========    ========    ========
                                                    75.00         .00          .00     75.00
==================================================================================================
Total . . :                                         75.00                              75.00
```

| Art Van Furniture | | | |
|---|---|---|---|
| Franchising | | | |
| Wages billed to Franchise store - Portage - Store # 215 | | | |
| December 2019 | | | |
| | | | |
| Employee name | Commissions | Spiffs | Total Labor $ |
| Gary Martindale | 73.40 | | 73.40 |
| | | | |
| Total | | | 73.40 |

Franchise Elite rewards
December 31, 2019

| Orig invoice | Delivered date | Model | Retail Sale | Last cost | Store |
|---|---|---|---|---|---|
| 215-0062315 | 20191202 | WIRELESSBEATS | 150.00 | 132.00 | 215 |

```
PRINT DATE    : 12/09/2019              ART VAN FURNITURE INC.                                    PAGE NUMBER:    1
PRINT TIME    : 14:29:51                       DEBIT MEMO
DEBIT MEMO#   : 741669                                                   WAREHOUSE:  10 WAREHOUSE AV
REQ. STORE#   :
VENDOR . . . : MENG  MSTAR INTERNATIONAL TRADING                           ENTRY: 12/09/2019 14:29:49 SRV808KK1
REASON . . . :                                                             CLOSE: 12/09/2019 14:29:49 SRV808KK1

                       DEBIT MEMO    GENERATED    SHIPPED
LINE#  VENDOR/MODEL    QUANTITY      QUANTITY     QUANTITY     UNIT COST    EXTENDED COST
=====================================================================================================
  1                        0             0            0            .00           30.00

       Reason . . . :                                    Location :
       ACK#/Product ID:                Service # . . : 000-0000000-000   Invoice  :
       Customer Name :                 Delivery Date:                    Auth     :
       Replacement Mdl:                Sell at . . :      0% off         Vend Agree: Yes

       Problem Description
       -----------------------------------------------------------
       IN SHOP FEE TO HANDLE DEFECTIVE ITEMS $30.00
       810-1271075-001 ERO MNY2007-6P POWER RECLINING SOFA
       810-1271075-002 ERO MNY2007-5P POWER RECLINING LOVESEAT
       IVOICE# 215-0062049
       DEDUCT $30.00
       PLEASE REIMBURSE FRANCHISE STORE 215 A $30.00 HANDLING FEE.

=====================================================================================================
                                                              TOTAL COST:           30.00

                                    ** END OF LISTING **
```

```
PRINT DATE   : 12/20/2019                ART VAN FURNITURE INC.                              PAGE NUMBER:    1
PRINT TIME   : 12:03:57                         DEBIT MEMO
DEBIT MEMO#  : 744267
REQ. STORE#  :                                                           WAREHOUSE:  10 WAREHOUSE AVL
VENDOR . . . : MENG  MSTAR INTERNATIONAL TRADING                            ENTRY: 12/20/2019 12:03:56 SRV808KK1
REASON . . . :                                                              CLOSE: 12/20/2019 12:03:56 SRV808KK1

                              DEBIT MEMO   GENERATED   SHIPPED
LINE# VENDOR/MODEL             QUANTITY    QUANTITY   QUANTITY      UNIT COST   EXTENDED COST
==================================================================================================
   1                               0           0         0              .00          30.00

    Reason . . . :                              Service # . . : 000-0000000-000    Location    :
    ACK#/Product ID:                            Delivery Date:                     Invoice . . :
    Customer Name :                             Sell at . . :      0% off          Auth . . . :
    Replacement Mdl:                                                               Vend Agree: Yes

    Problem Description
    ------------------
    IN SHOP FEE TO HANDLE DEFECTIVE ITEMS $30.00
    810-1275403-001 ERO MNY2007-6P POWER RECLINING SOFA
    INVOICE# 215-0061780 SKU/SERIAL# 340076825-006644
    810-12750403-002 ERO MNY2007-5P POWER RECLINING LOVESEAT
    INVOICE# 215-0061780 SKU/SERIAL# 340076826-003890
    DEDUCT $30.00
    PLEASE REIMBURSE FRANCHISE STORE 215 A $30.00 HANDLING FEE.
==================================================================================================
                                                                         TOTAL COST:       30.00

                                       ** END OF LISTING **
```